B6A (Official Form 6A) (12/07)

In re  **Beverly Ann McIver**                                          Case No. __10-51431__
                            Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Summit Massanutten Villa Harrisonburg VA** | Timeshare | - | 2,000.00 | 0.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 2,000.00 | (Total of this page) |
| Total > | 2,000.00 |  |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re **Beverly Ann McIver**, Case No. **10-51431**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Summit Massanutten Villa Harrisonburg VA | Va. Code Ann. § 34-4 | 2,000.00 | 2,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Wachovia checking | Va. Code Ann. § 34-4 | 50.00 | 50.00 |
| Wachovia savings | Va. Code Ann. § 34-4 | 2,000.00 | 2,000.00 |
| Engraving & Parenting CU checking | Va. Code Ann. § 34-4 | 40.00 | 40.00 |
| **Household Goods and Furnishings** | | | |
| Refrigerator(100);tV(30);telephone(40);bed(250); computer(400) | Va. Code Ann. § 34-26(4a) | 820.00 | 820.00 |
| **Wearing Apparel** | | | |
| Wearing apparel | Va. Code Ann. § 34-26(4) | 900.00 | 900.00 |
| **Interests in Insurance Policies** | | | |
| Life of Boston insurance policy | Va. Code Ann. § 34-4 | 1,596.46 | 1,596.46 |
| Stonebridge insurance policy | Va. Code Ann. § 34-4 | 1,596.46 | 1,596.46 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Any other property Debtors may acquire or may become entitled to acquire within 180 days of the filing of this petition in bankruptcy by bequest, devise or inheritance as a result of a property settlement agreement, divorce decree, life insurance policy or death benefit plan. | Va. Code Ann. § 34-4 | 1.00 | 1.00 |
| | Total: | 9,003.92 | 9,003.92 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

# United States Bankruptcy Court
## Eastern District of Virginia

| | | | |
|---|---|---|---|
| In re | **Beverly Ann McIver** | Case No. | **10-51431** |
| | Debtor(s) | Chapter | **7** |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I certify under penalty of perjury that the foregoing is true and correct.

Date **September 14, 2010**      Signature  **/s/ Beverly Ann McIver**
                                            **Beverly Ann McIver**
                                            Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571